Form B6 SUM (12/07)

# UNITED STATES BANKRUPTCY COURT Northern Distr DISTRICT OF Illinois

In re: Angela Binion

Debtor(s) Case No.
Chapter

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| Name of Schedule | Attached (Yes/No) | Number of Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A - Real Property | x | 1 | 100000.00 | | |
| B - Personal Property | x | 5 | 5700.00 | | |
| C - Property Claimed as Exempt | x | 1 | | | |
| D - Creditors Holding Secured Claims | x | 1 | | 100000.00 | |
| E - Creditors Holding Unsecured Priority Claims | x | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | x | 2 | | 40,888.00 | |
| G - Executory Contracts and Unexpired Leases | x | 1 | | | |
| H - Codebtors | x | 1 | | | |
| I - Current Income of Individual Debtor(s) | x | 1 | | | 4821.00 |
| J - Current Expenditures of Individual Debtor(s) | x | 1 | | | 4586.00 |
| Total Number of Sheets of All Schedules | | 15 | | | |
| Total Assets | | | 105700.00 | | |
| Total Liabilities | | | | 140888.00 | |

Form B6, S2, (12/07)   Blumberg Excelsior, Inc., Publisher, NYC 10013

# United States Bankruptcy Court
## Northern District   District Of Illinois

In re: Angela Binion                                                Debtor(s)   Case No.

Chapter 7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 11,000.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 11,000.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I Line 16) | $ 4,821.00 |
| Average Expences (from Schedule J, Line 18) | $ 4,586.00 |
| Current Monthly Income (from Form 22A Line 12; **OR** Form 22B Line 11; **OR,** Form 22C Line 20) | $ 5,377.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "Unsecured Portion, IF ANY" column | | $ 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY, IF ANY" column | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 40,888.00 |
| 5. Total from non-priority unsecured debt (sum of 1, 3, and 4) | | $ 40,888.00 |

**The foregoing information is for statistical purposes only under 28 U.S.C § 159.**

Form B6 A (12/07)    BlumbergExcelsior, Inc., Publisher, NYC 10013

In re: Angela Binion    Debtor(s)    Case No.    (if known)

## SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 2368 Martha Place, Burnham, IL 60633 | Ownership | | 100,000.00 | 100,000.00 |
| | | Total -> | $100,000.00 | (Report also on Summary of Schedules) |

In re: Angela Binion    Debtor(s)    Case No.    (if known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 01 Cash on hand | | | | |
| | | 2007 Mitsubishi Outlander | | 5,200.00 |
| | | Clothing, furniture and personal items | | 500.00 |
| 02 Checking savings or other financial accounts certificates of deposit or shares in banks savings and loan thrift building and loan and homestead associations or credit unions brokerage houses or cooperatives. | x | | | |
| 03 Security Deposits with public utilities telephone companies landlords and others. | x | | | |
| 04 Household goods and furnishings including audio video and computer equipment. | x | | | |
| 05 Books; pictures and other art objects; antiques; stamp coin record tape compact disc and other collections or collectibles. | x | | | |
| 06 Wearing apparel. | x | | | |
| 07 Furs and jewelry. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)   Total ->   5,700.00

_____ Continuation sheets attached

**Form B6 B (12/07)** Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: Angela Binion     Debtor(s)     Case No.     (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | WHJC | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 08 Firearms and sports photographic and other hobby equipment. | x | | | |
| 09 Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | x | | | |
| 10 Annuities. Itemize and name each issuer. | x | | | |
| 11 Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1) Give particulars.(file separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | x | | | |
| 12 Interests in IRA ERISA Keogh or other pension or profit sharing plans. Give particulars. | x | | | |
| 13 Stock and interest in incorporated and unincorporated businesses. Itemize. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)    Total ->    5,700.00

_____ Continuation sheets attached

Form B6 B (12/07)   Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: Angela Binion                                Debtor(s)     Case No.                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | WHJC | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14 Interest in partnerships or joint ventures. Itemize. | x | | | |
| 15 Government and corporate bonds and other negotiable and non-negotiable instruments. | x | | | |
| 16 Accounts receivable. | x | | | |
| 17 Alimony maintenance support and property settlements to which the debtor is or may be entitled. Give particulars. | x | | | |
| 18 Other liquidated debts owing debtor including tax refunds. Give particulars. | x | | | |
| 19 Equitable or future interests life estates and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A of Real Property. | x | | | |
| 20 Contingent and non-contingent interests in estate of a decedent death benefit plan life insurance policy or trust. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)   Total ->   5,700.00

_____ Continuation sheets attached

Form B6 B (12/07)

In re: Angela Binion , Debtor(s)   Case No. _____ (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21 Other contingent and unliquidated claims of every nature including tax refunds counterclaims of the debtor and rights to setoff claims. Give estimated value of each. | x | | | |
| 22 Patents copyrights and other general intellectual property. Give particulars. | x | | | |
| 23 Licenses franchises and other general intangible. Give particulars. | x | | | |
| 24 Customer lists or compilations containing personally identifiable information (as defined in 11U.S.C. §101(41A)) provided by individuals connected with obtaining product or service from the debtor primarily for personal family or household purposes. | x | | | |
| 25 Automobiles trucks trailers and other vehicles and accessories. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)   Total ->   5,700.00

_____ Continuation sheets attached

**Form B6 B (12/07)** Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: Angela Binion      Debtor(s)    Case No.      (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 26 Boats motors and accessories. | x | | | |
| 27 Aircraft and accessories. | x | | | |
| 28 Office equipment furnishings and supplies. | x | | | |
| 29 Machinery fixtures equipment and supplies used in business. | x | | | |
| 30 Inventory. | x | | | |
| 31 Animals. | x | | | |
| 32 Crops-growing or harvested. Give particulars. | x | | | |
| 33 Farming equipment and implements. | x | | | |
| 34 Farm supplies chemicals and feed. | x | | | |
| 35 Other personal property of any kind not already listed. Itemize. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)   Total ->    5,700.00

_____ Continuation sheets attached

**Form B6 C (04/10)**

In re: Angela Binion     Debtor(s)     Case No. _____ (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

**Debtor claims the exemptions to which debtor is entitled under:**    ☐ Check if debtor claims a homestead exemption that exceeds $146,450

☐ 11 U.S.C. § 522(b)(2)

☒ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 2007 Mitsubishi Outlander | | | 5,200.00 |

Form B6 D (12/07)

In re: Angela Binion         Debtor(s)    Case No.

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBT OR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT OF LIEN | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY | C U D * |
|---|---|---|---|---|---|---|
| A/C # 192299780 Bank of America PO Box 650070 Dallas, TX 75265-0070 | | [ | VALUE $ 100,000.00 Mortgage dated 6/5/2008 $100,000 Lien on 2638 E. Martha Place, Burnham, IL | 100,000.00 | 0.00 | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| | | | Subtotal -> (Total of this page) | 100,000.00 | 0.00 | |
| | | | Total -> | 100,000.00 | 0.00 | |

_____ Continuation Sheets attached. (use only on last page of the completed Schedule D.)

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

(Report total also on Summary of Schedules)

(If applicable, Report also on Statistical Summary of Certain Liabilities and Related Data.)

Form B6 E (04/10)

In re: Angela Binion  Debtor(s) Case No. (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

[X] Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPE OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

[ ] **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C § 507(a)(2).

[ ] **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $11,725 per employee, earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(4)

[ ] **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(4).

[ ] **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $5775 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. §507(a)(6).

[ ] **Deposits by individuals**
Claims of individuals up to a maximum of $2425 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7)

[ ] **Alimony, Maintenance, or Support**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative od such child, or a governmental unit whom such a domestic support claim was assigned to the extent provided in U.S.C. § 507(a)(7).

[ ] **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(7).

[ ] **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(8)

[ ] **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for deathe or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intocicated from using alcohol, a drug, or another substance 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NO. (See Instructions) | CO DEBT | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY / AMT NOT ENTITLED TO PRIORITY, IF ANY | C U D * |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | Total -> | Total -> | |
| | | | | | | |
| Continuation Sheets attached. | | | Subtotal -> (Total of this page) | | | |
| | | | (Use only on last page of the completed Schedule E. (Report total also on Summary of Schedules.) Total -> | | | |
| | | | (Use only on last page of the completed Schedule E.) If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) Total -> | | | |

Form B6 F (12/07)    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: Angela Binion      Debtor(s)    Case No.      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CUD | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| <u>4266841121053142</u><br>Chase Cardservices<br>PO Box 15153<br>Wilmington DE 19886-5153 | | | Credit card | | 9,000.00 |
| <u>4266841262845876</u><br>Chase Cardservices<br>PO Box 15153<br>Wilmington DE 19886-5153 | | | Credit card | | 6,000.00 |
| <u>1209271028</u><br>Com Ed<br>PO Box 6111<br>Carol Stream IL 60197-300 | | | utility | | 500.00 |
| <u>8771401670009364</u><br>ComCast<br>PO Box 3001<br>Southeastern PA 19398-300 | | | utility | | 175.00 |
| Dr Jenkins<br>1706 E 87th<br>Chicago IL 60617 | | | Physician services | | 300.00 |
| <u>612222835</u><br>Firestone/Credit First<br>PO Box 81344<br>Cleveland OH 44188-0344 | | | Consumer goods | | 1,000.00 |

<u> X </u> continuation sheets attached.

Subtotal $    16,975.00

Total $    16,975.00

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

Form B6 F (12/07) BlumbergExcelsior, Inc., Publisher, NYC 10013

In re: Angela Binion     Debtor(s)     Case No. _____ (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CUD | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 5212823630<br>MetLife Auto & Home<br>PO Box 41753<br>Philadelphia PA 19101 | | | disputed | | 263.00 |
| 88 19 48 4501 7<br>Nicor<br>PO Box 0632<br>Aurora IL 60507 | | | utility | | 50.00 |
| 96352<br>Sky One Federal Credit Un<br>PO Box 5003<br>Hawthorne CA 90251-5003 | | | Revolving credit | | 12,000.00 |
| 6888 3963 C01 13<br>State Farm<br>2702 Ireland Grove Rd<br>Bloomingtgon IL 60197 | | | auto insurance | | 500.00 |
| 241354938<br>T Mobile<br>PO Box 742596<br>Cincinnati, OH 45274-2596 | | | Cell phone contract | | 100.00 |
| 352525144<br>US Dept Education<br>PO Box 530260<br>Atlanta GA 30353 | | | Student Loan | | 11,000.00 |

_____ continuation sheets attached.     Subtotal $ 23,913.00

(Use only on last page of the completed Schedule F.)    Total $ 40,888.00
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)



**Form B6 G (12/07)**  Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: Angela Binion                                                                 Debtor(s)   Case No.                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| T Mobile<br>PO Box 742596<br>Cincinnati OH 45274-2596 | telephone service |
| State Farm<br>2702 Ireland Grove Road<br>Bloomington IL 61709 | automobile insurance |
| ComEd<br>PO Box 6111<br>Carol Stream IL 60197-6111 | utility |
| Nicor Gas<br>PO Box 0632<br>Aurora IL 60507 | utility |
| ComCast<br>PO Box 3001<br>Southeastern PA 19398-3001 | utility |

**Form B6 H (12/07)**  **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re:  Angela Binion  Debtor(s)  Case No.  (if known)

# SCHEDULE H - CODEBTORS

☒ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**Form B6 H (12/07)**  **Blumberg**Excelsior, Inc., Publisher, NYC 10013

Form B6 I (12/07)

In re: Angela Binion    Debtor(s)   Case No.    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| DEPENDENTS OF DEBTOR AND SPOUSE |||
|---|---|---|
| Debtor's Marital Status: Single | RELATIONSHIP: Brother | AGE: 54 |

| Employment | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Postal Worker | |
| Name of Employer | US Postal Service | |
| How long employed | 31 years | |
| Address of Employer | 7426 South Exchange, Chicago IL 60649 | |

INCOME: (Estimate of average monthly income at time case filed)     DEBTOR      SPOUSE

1. Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.)  4672.00
2. Estimate monthly overtime  0.00
3. SUBTOTAL  4672.00   0.00
4. LESS PAYROLL DEDUCTIONS
   a. Payroll taxes and social security  30.00
   b. Insurance  123.00
   c. Union dues  26.00
   d. Other (Specify)
      Federal Income Tax  183.00
      State Income Tax  95.00
      Retirement  144.00
5. SUBTOTAL OF PAYROLL DEDUCTIONS  $ 601.00   $ 0.00
6. TOTAL NET MONTHLY TAKE HOME PAY  $ 4071.00   $ 0.00

7. Regular income from operation of business or profession or farm (attach detailed statement)  0.00
8. Income from real property  0.00
9. Interest and dividends  0.00
10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above.  0.00
11. Social security or other government assistance (Specify)  0.00
12. Pension or retirement income  750.00
13. Other monthly income (Specify)

14. SUBTOTAL OF LINES 7 THROUGH 13
15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14)  $ 4821.00   $ 0.00
16. COMBINED AVERAGE MONTHLY INCOME (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)  $ 4821.00

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

Form B6 J (12/07)    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: Angela Binion                                              Debtor(s)  Case No.                              (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The monthly average income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

1. Rent or home mortgage payment (include lot rented for mobile home)    $  2041.00
   a. Are real estate taxes included? [x] Yes  ☐ No    b. Is property insurance included? [x] Yes ☐ No
2. Utilities  Electricity and Heating Fuel                               180.00
   b. Water and Sewer                                                     90.00
   c. Telephone                                                           90.00
   d. Other
       Nicor Gas                                                          50.00
       Comcast - Interet/Cable TV                                        160.00

3. Home maintenance (repairs and upkeep)                                 250.00
4. Food                                                                  600.00
5. Clothing                                                              300.00
6. Laundry and dry cleaning                                               25.00
7. Medical and dental expenses                                           200.00
8. Transportation (not including car payments)                            50.00
9. Recreation, clubs and entertainment, newspapers, magazines, etc.       25.00
10. Charitable contributions                                              50.00
11. Insurance (not deducted from wages or included in home mortgage payments)
    a. Homeowner's or renter's
    b. Life
    c. Health
    d. Auto                                                              475.00
    e. Other

12. Taxes (not deducted from wages or included in home mortgage payments) (Specify)

13. Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan)
    a. Auto
    b. Other
    c. Other

14. Alimony, maintenance, and support paid to others
15. Payments for support of additional dependents not living at your home
16. Regular expenses from operation of business, profession, or farm (attach detailed statement)
17. Other

18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules and,    $  4586.00
    if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)
19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME
    a. Average monthly income from line 15 of Schedule I
    b. Average monthly expenses from Line 18 above
    c. Monthly net income (a. minus b.)                                    0.00

Form B6 J (12/07) **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: Angela Binion  Debtor(s) Case No. _____ (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The monthly average income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

1. Rent or home mortgage payment (include lot rented for mobile home) $ 2041.00
   a. Are real estate taxes included? [X] Yes ☐ No    b. Is property insurance included? [X] Yes ☐ No
2. Utilities  Electricity and Heating Fuel — 180.00
   b. Water and Sewer — 90.00
   c. Telephone — 90.00
   d. Other
      Nicor Gas — 50.00
      Comcast - Interet/Cable TV — 160.00
3. Home maintenance (repairs and upkeep) — 250.00
4. Food — 600.00
5. Clothing — 300.00
6. Laundry and dry cleaning — 25.00
7. Medical and dental expenses — 200.00
8. Transportation (not including car payments) — 50.00
9. Recreation, clubs and entertainment, newspapers, magazines, etc. — 25.00
10. Charitable contributions — 50.00
11. Insurance (not deducted from wages or included in home mortgage payments)
    a. Homeowner's or renter's —
    b. Life —
    c. Health —
    d. Auto — 475.00
    e. Other

12. Taxes (not deducted from wages or included in home mortgage payments) (Specify)

13. Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan)
    a. Auto —
    b. Other —
    c. Other —

14. Alimony, maintenance, and support paid to others —
15. Payments for support of additional dependents not living at your home —
16. Regular expenses from operation of business, profession, or farm (attach detailed statement)
17. Other

18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 4586.00
19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME
    a. Average monthly income from line 15 of Schedule I —
    b. Average monthly expenses from Line 18 above —
    c. Monthly net income (a. minus b.) — 0.00